DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO RAMIREZ LOZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0119 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| ANTONIO RAMIREZ LOZANO, ) | Date: June 19, 2006 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Frank C. Damrell |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of May 22, 2006 be vacated and a new Status Conference hearing date of June 19, 2006 at 9:30 a.m. be set.  This continuance is being requested due to the unavailability of defense counsel and the need for on-going defense investigation.

   IT IS FURTHER STIPULATED that the period from May 22, 2006 through and including June 19, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated: May 18, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ANTONIO RAMIREZ LOZANO

Dated: May 18, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
JASON HITT
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: May 18, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

Stip & Order                        2