DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY RAMIREZ LOZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 06-119 FCD |
|---|---|
| Plaintiff, | ) **STIPULATION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | ) |
| ANTHONY RAMIREZ LOZANO, | ) **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) |
| | ) Judge: Hon. FRANK C. DAMRELL, Jr. |

Defendant, ANTHONY RAMIREZ LOZANO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney JASON HITT, hereby stipulate as follows:

 1.  Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

 2.  The sentencing range applicable to Mr. Lozano was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

3. Accordingly, Mr. Lozano's sentencing range has been reduced from 31 to 29, and a sentence at the mandatory minimum would be 120 months;

4. Mr. Lozano merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Lozano's positive post-sentencing conduct;

5. Accordingly, the parties request the court to enter the order lodged herewith reducing Mr. Lozano's term of imprisonment to 120 months.

Dated:  May 9, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR SCOTT<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney<br><br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender<br><br>Attorney for Movant<br>ANTHONY RAMIREZ LOZANO |

**ORDER**

This matter came before the Court on the pro se motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on December 26, 2007.

The parties agree, and the Court finds, that Mr. Lozano is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 31 to 29.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 120 months.

STIPULATION AND ORDER TO REDUCE SENTENCE

-2-

1    IT IS FURTHER ORDERED that all other terms and provisions of the
2 original judgment remain in effect.
3    Unless otherwise ordered, Mr. Lozano shall report to the United
4 States Probation office closest to the release destination within
5 seventy-two hours after release.
6 Dated:  May 13, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE